# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2017

154836

*In re* Estate of LINDA ROBERDEAUX.
_____

DENNIS ROBERDEAUX, SR., Personal
Representative,
   Plaintiff-Appellee,

v

EVANGELICAL HOMES OF MICHIGAN,
d/b/a EVANGELICAL HOME-SALINE,
and MICHIGAN SPORTS MEDICINE &
ORTHOPEDIC CENTER,
   Defendants,

and

WASHTENAW MEDICINE, P.C., d/b/a
WASHTENAW INTERNAL MEDICINE
ASSOCIATES, and CHERYL A. HUCKINS,
M.D.,
   Defendants-Appellees,

and

MARK A. KELLEY, M.D.,
   Defendant-Appellant.
_____/

Stephen J. Markman,
*Chief Justice*

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
*Justices*

SC: 154836
COA: 323802
Washtenaw CC: 13-000675-NH

On order of the Court, the application for leave to appeal the October 18, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

BERNSTEIN, J., did not participate due to his prior relationship with The Sam Bernstein Law Firm.

WILDER, J., did not participate because he was on the Court of Appeals panel.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2017



Clerk

d0627